# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE 402
### LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK
CLERK

501-604-5351
FAX 501-604-5321



July 20, 2006

J. T. Noblin
U. S. District Court Clerk
Southern District of Mississippi
245 East Capitol Street, Room 316
Jackson, Mississippi 39201-2409

Re:   MDL No. 1507 - In re Prempro Products Liability Litigation
      E.D. AR Master Case Number 4:03CV01507 WRW
      Eve O. Branton v. Wyeth, et al - Your Case No. 1:06-482
      Annabelle R. Portrey v. Wyeth, et al - Your Case No. 1:06-484
      Emma Lou Hare v. Wyeth, et al - Your Case No. 1:06-485
      Pearl E. Morgan v. Wyeth, et al - Your Case No. 2:06-126
      Lyndel H. McKay v. Wyeth, et al - Your Case No. 2:06-127
      Sandra Allen v. Wyeth, et al - Your Case No. 2:06-130
      Frances W. Blackwell v. Wyeth, et al - Your Case No. 3:06-261
      Emma Jean Harris v. Solvay Pharmaceuticals, Inc. - Your Case No. 3:06-270
      Elouise Shanks v. Wyeth, et al - Your Case No. 4:06-68
      Brenda Townsend v. Wyeth, et al - Your Case No. 5:06-74
      Rosetta G. Watts v. Wyeth, et al - Your Case No. 5:06-75

Dear Mr. Noblin:

    A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on July 19, 2006. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

    Copies of original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and a certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions

Page Two

should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

*James W. McCormack*

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc:   Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY

JUL 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 10 2006

JAMES W. McCORMACK, CLERK
By _____ DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-71)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,029 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

## SCHEDULE CTO-71 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 05-725 | Lillie J. Stallworth v. Wyeth Pharmaceuticals, Inc., et al. |
| ALS 1 06-311 | Sarah A. Hinton v. Wyeth, et al. |
| **FLORIDA MIDDLE** | |
| FLM 6 06-680 | Sally J. Beisler v. Wyeth, et al. |
| FLM 8 06-429 | Lynne Cross, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-432 | Shirley M. Fanning v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-438 | Jane A. Lee v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-440 | Carolene S. Phillips, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-441 | Maryanne Stein v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-442 | Lynn J. Wallace, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-443 | Sarah Weiner, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-445 | Sharon Ann Zielesch, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-726 | Louise Schmitt v. Wyeth, et al. |
| FLM 8 06-899 | Elaine Zaleski v. Wyeth, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 1 06-104 | Elaine S. Robbins v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN 0 05-1887 | Barbara Russell, et al. v. Vivelle Ventures LLC, et al. |
| MN 0 06-1332 | Stephanie Stevens, et al. v. Wyeth, et al. |
| MN 0 06-1336 | Sandra Singer, et al. v. Wyeth, et al. |
| MN 0 06-1468 | Theresa Stracener v. Wyeth |
| MN 0 06-1671 | Mary Lyons v. Wyeth, et al. |
| MN 0 06-1711 | Tessa Leseberg, et al. v. Wyeth, et al. |
| MN 0 06-1729 | Donna K. Clark v. Wyeth, et al. |
| MN 0 06-1730 | Sharon E. Lynch v. Wyeth, et al. |
| MN 0 06-1739 | Sharon Calhoun, et al. v. Wyeth, et al. |
| MN 0 06-1740 | Jacqueline Dold, et al. v. Wyeth, et al. |
| MN 0 06-1741 | Desda Chriss, et al. v. Wyeth, et al. |
| MN 0 06-1742 | Betty Sue Mueller v. Wyeth, et al. |
| MN 0 06-1743 | Patsy Gustin v. Wyeth, et al. |
| MN 0 06-1744 | Robyn Carlson v. Wyeth, et al. |
| MN 0 06-1746 | Isaac R. Rogers, etc. v. Wyeth, et al. |
| MN 0 06-1765 | Diane R. Frazier v. Wyeth, et al. |
| MN 0 06-1766 | Karen K. Black v. Wyeth, et al. |
| MN 0 06-1767 | Janet L. Malmstrom v. Wyeth, et al. |
| MN 0 06-1768 | Bertha L. Pinkerton v. Wyeth, et al. |
| MN 0 06-2078 | Jamie Basham, etc. v. Wyeth, et al. |
| MN 0 06-2079 | Barbara Long v. Wyeth, et al. |
| MN 0 06-2081 | Kathryn Pritchett, et al. v. Wyeth, et al. |
| MN 0 06-2082 | Stanley Payton, Sr., etc. v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 06-668 | Judith Ann Jaggie v. Wyeth, et al. |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS    MDL-1507    PAGE 2 OF 2

**DIST. DIV. C.A. #**  **CASE CAPTION**

MISSISSIPPI NORTHERN
- MSN 1 06-139    Cheryl Stegall v. Wyeth
- MSN 1 06-143    Doris M. Gist v. Wyeth, et al.
- MSN 1 06-144    Trudy L. Jamison v. Wyeth, et al.
- MSN 1 06-145    Josie G. Elliott v. Wyeth, et al.
- MSN 1 06-146    Brenda J. Hare v. Wyeth, et al.
- MSN 1 06-147    Willie Jean Olive v. Wyeth, et al.
- MSN 1 06-148    Geraldine D. Hayes v. Wyeth, et al.
- MSN 1 06-149    Martha P. Layton v. Wyeth, et al.
- MSN 1 06-153    Phyllis A. Williams v. Wyeth, et al.
- MSN 1 06-154    Peggy J. Wadkins v. Wyeth, et al.
- MSN 2 06-87     Patricia Ann Daniel v. Wyeth, et al.
- MSN 3 06-66     Onie Lorene Stepp v. Wyeth, et al.
- MSN 3 06-68     Barbara L. Thompson v. Wyeth, et al.
- MSN 3 06-69     Clarice T. Turner v. Wyeth, et al.

MISSISSIPPI SOUTHERN
- MSS 1 06-482    Eve O. Branton v. Wyeth, et al.
- MSS 1 06-484    Annabelle R. Portrey v. Wyeth, et al.
- MSS 1 06-485    Emma Lou Hare v. Wyeth, et al.
- MSS 2 06-126    Pearl E. Morgan v. Wyeth, et al.
- MSS 2 06-127    Lyndel H. McKay v. Wyeth, et al.
- MSS 2 06-130    Sandra Allen v. Wyeth, et al.
- MSS 3 06-261    Frances W. Blackwell v. Wyeth, et al.
- MSS 3 06-270    Emma Jean Harris v. Solvay Pharmaceuticals, Inc.
- MSS 4 06-68     Elouise Shanks v. Wyeth, et al.
- MSS 5 06-74     Brenda Townsend v. Wyeth, et al.
- MSS 5 06-75     Rosetta G. Watts v. Wyeth, et al.

TEXAS SOUTHERN
- TXS 4 06-1131   Jacqueline S. Autrey, et al. v. Wyeth, et al.
- TXS 4 06-1324   Toby Ackerman, et al. v. Wyeth, Inc.

WASHINGTON WESTERN
- WAW 3 05-5712   Nellie Bjornson, et al. v. Pharmacia & Upjohn Co., LLC, et al.

